UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| TERRELL YOUNG, | ) |
| Plaintiff, | ) 3:07-cv-00517-LRH (VPC) |
| v. | ) O R D E R |
| E. K. McDANIEL, et al., | ) |
| Defendants. | ) |

Before this court are two Report and Recommendations of U.S. Magistrate Valerie P. Cooke:

1. Document #36[1] entered on December 16, 2008, recommending granting Defendants' Motion for Partial Summary Judgment (#26) filed on July 29, 2008; and

2. Document #37 entered on December 16, 2008, recommending granting Defendant's Motion to Dismiss Counts 12, 15, 22, and 45 (#24) filed on July 29, 2008. Plaintiff filed his Objections to Magistrate Judges Report and Recommendations (#38) on January 7, 2009, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada

The Court has conducted its *de novo* review in this case, has fully considered the objections

---

[1] Refers to court's docket number.

of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#36) and Report and Recommendation (#37), each entered on December 16, 2008, should be adopted and accepted.

       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#36) entered on December 16, 2008, is adopted and accepted, and Defendants' Motion for Partial Summary (#26) is GRANTED.

       IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation (#37) entered on December 16, 2008, is adopted and accepted, and Defendants' Motion to Dismiss Counts 12, 15, 22, and 45 (#24) be GRANTED and the action be dismissed without prejudice.

       The Clerk of the Court shall enter judgment accordingly.

       IT IS SO ORDERED.

       DATED this 12th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE