AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

TERRELL YOUNG,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-CV-00517-LRH-VPC**

E. K. McDANIEL, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (#36) is adopted and accepted, and Defendants' Motion for Partial Summary Judgment (#26) is GRANTED.

      IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation (#37) is adopted and accepted, and Defendants' Motion to Dismiss Counts 12, 15, 22, and 45 (#24) is GRANTED and the action is dismissed without prejudice.

   February 17, 2009                               **LANCE S. WILSON**
                                                          Clerk

                                                        /s/ D. R. Morgan
                                                        Deputy Clerk